**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JUSTIN THORNTON,**
**ADC #141589**                                                                                        **PLAINTIFF**

V.                                             No. 5:12-cv-211 KGB

**BERLIN JONES,**
**Lincoln County Circuit Judge, et al.**                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Opinion and Order entered on this day, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ORDERED this 4th day of October, 2012.

*[signature: Kristine G. Baker]*
_____
Kristine G. Baker
United States District Judge